1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
9
10
11   MARGARET D. GANDOLFO,           )     CV-N-08-00147-LRH-(RAM)
                                     )
12              Plaintiff,           )
                                     )
13        v.                         )
                                     )
14   MICHAEL J. ASTRUE,              )
     Commissioner, Social            )     STIPULATION FOR EXTENSION OF
15   Security Administration         )     TIME TO RESPOND TO PLAINTIFF'S
                                     )     MOTION FOR REVERSAL; ORDER
16              Defendant.           )

17

18        COMES NOW the federal defendant, through his undersigned
19   attorney, United States Attorney GREGORY A. BROWER and GREG
20   ADDINGTON, Assistant U.S. Attorney, and Plaintiff Margaret D.
21   Gandolfo, through her undersigned counsel, Dennis Cameron, and
22   stipulate for a 30-day extension of time from August 18, 2008 until
23   September 18, 2008, within which to respond to Plaintiff's Motion
24   for Reversal of the Commissioner's Decision and Points and
25   Authorities in Support Thereof.
26        Counsel for Commissioner must consult with agency
27   representatives within the Social Security Administration and such
28   representatives are currently on leave for two weeks.  Such

1 consultation is necessary for Commissioner's counsel to properly
2 respond to Plaintiff's motion.
3   Plaintiff's counsel does not oppose this request for an
4 extension until September 18, 2008.

Dated: 8/8/08

GREGORY A. BROWER
United States Attorney

By: _____
GREG ADDINGTON, Esq.
Assistant United States Attorney
Reno, Nevada 89501
Attorney for Defendant

Dated: 8/8/2008

DENNIS CAMERON

By: _____
DENNIS CAMERON, Esq.
204 Marsh Avenue, Suite 101
Reno, Nevada 89509
Attorney for Plaintiff

IT IS SO ORDERED this 11th day of August, 2008.

_____
LARRY R. HCKS
UNITED STATES DISTRICT JUDGE

2