1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| MARGARET GANDOLFO, | ) | |
| | ) | |
| Plaintiff, | ) | 3:08-cv-00147-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

The Court has considered the Report and Recommendation of U. S. Magistrate Judge Valerie P. Cooke (#13) entered on May 19, 2009, in which the Magistrate Judge recommends that Plaintiff's Motions for Reversal of the Commissioner's Decision (#9) be denied and Defendant's Cross-Motion to Affirm (#12) be granted. No objections have been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2   Magistrate Judge (#13); therefore, Plaintiff's Motions for Reversal of the Commissioner's Decision
3   (#9) is DENIED and Defendant's Cross-Motion to Affirm (#12) is GRANTED.
4   The Clerk shall enter judgment accordingly.
5   IT IS SO ORDERED.
6   DATED this 22nd day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2