AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

MARGARET GANDOLFO,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:08-cv-00147-LRH-VPC**

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (#13) is ADOPTED and ACCEPTED; therefore, Plaintiff's Motion for Reversal of the Commissioner's Decision (#9) is DENIED and Defendant's Cross-Motion to Affirm (#12) is GRANTED.


  July 23, 2009                           **LANCE S. WILSON**
                                                 Clerk


                                                /s/ D. R. Morgan
                                                  Deputy Clerk